AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| DARRELL BEST | ) Case No. |
| | ) |
| | ) |
| | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __between 12/23/2014-2/14/2015__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | did knowingly employ, use, persuade, induce, entice, and coerce any minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct by any means and facility of interstate and foreign commerce. |

This criminal complaint is based on these facts:
SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_____
Complainant's signature

Vincent Manning, Investigator
Printed name and title

Sworn to before me and signed in my presence.

Date: __05/05/2015__

_____
Judge's signature

City and state: __Washington, D.C.__      Alan Kay, Magistrate Judge
Printed name and title